FILED
FEB 2 1998
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.                              CRIMINAL NO. 1:96CR42-02

TERRELL P. COON, a/k/a Terry,
        Defendant.

### RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the United States of America and William D. Wilmoth, United States Attorney for the Northern District of West Virginia, by David E. Godwin, First Assistant United States Attorney, and objects to the entry of an order granting the defendant's motion. In support of said opposition, the following is set forth:

1) The defendant has the financial ability to pay for the electronic monitoring.

2) The defendant's motion is based solely upon convenience. He admits that the supervising Probation Officer has been reasonable in permitting him liberty upon his property to maintain his property.

3) The United States believes that the defendant maintains an active, loyal association with anti-government groups which may affect his compliance with the Court's authority.

Wherefore, the United States moves the Court to deny the defendant's motion.

Respectfully submitted,

WILLIAM D. WILMOTH
United States Attorney

By: David E. Godwin
First Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I, David E. Godwin, First Assistant United States Attorney for the Northern District of West Virginia do hereby certify that a copy of the foregoing RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE was placed in the United States Mail, postage prepaid, addressed to Vincent C. Murovich, counsel for the defendant, 1653 McFarland Street, Pittsburgh, Pennsylvania 15216-1810, Martin P. Sheehan, local counsel for the defendant, 41 15th Street, Wheeling, West Virginia 26003-3537.

Dated: February 6, 1998

*[signature]*
David E. Godwin
First United States Attorney
Post Office Box 750
Clarksburg, West Virginia 26302-0750